IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW KAUFRINDER and CONNIE KAUFRINDER, by her son and next friend, MATTHEW KAUFRINDER, on behalf of plaintiffs and a class, | )<br>)<br>)<br>) | Case No. 16-cv-2622 |
| Plaintiffs, | )<br>) | Judge Bucklo |
| | ) | Magistrate Judge Schenkier |
| vs. | )<br>) | |
| ANSELMO LINDBERG OLIVER LLC, | )<br>) | |
| Defendant. | ) | |

### NOTICE OF PLAINTIFFS' AGREEMENT TO STAY PROCEEDINGS

Plaintiffs hereby inform the Court that the plaintiffs do not oppose defendant's Motion to Stay Pending Appeal, filed on April 27, 2016 (Dkt. 19).

                                                  Respectfully Submitted,

                                                  s/Michelle A. Alyea
                                                  Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

  I, Michelle A. Alyea, certify that on May 2, 2016, I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to the following parties:

David M Schultz - dschultz@hinshawlaw.com
Justin M Penn - jpenn@hinshawlaw.com

              s/Michelle A. Alyea
              Michelle A. Alyea