**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Matthew Kaufrinder, et al.
                                       Plaintiff,

v.                                                           Case No.: 1:16−cv−02622
                                                                   Honorable Elaine E. Bucklo

Anselmo Lindberg Oliver LLC
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 3, 2016:

       MINUTE entry before the Honorable Elaine E. Bucklo: Motion to stay [19] is granted; Status hearing to set scheduling order is set for 7/29/2016 at 09:30 AM. Parties may call the courtroom deputy if the Court of Appeals has not ruled by the status date. Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.