IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW KAUFRINDER and CONNIE KAUFRINDER, by her son and next friend, MATTHEW KAUFRINDER, on behalf of plaintiffs and a class,<br><br>Plaintiffs,<br><br>vs.<br><br>ANSELMO LINDBERG OLIVER LLC,<br><br>Defendant. | Case No. 16-cv-2622<br><br>Judge Bucklo<br>Magistrate Judge Schenkier |

## STIPULATION

Defendant Anselmo Lindberg Oliver, LLC, hereby stipulates that it will not take any action that could be alleged to moot plaintiffs' class allegations, including tendering a settlement, unless defendant gives five days' written notice to all counsel of record for Plaintiffs. In consideration of the foregoing, Plaintiffs stipulate to withdraw the pending motion for class certification without prejudice.

Respectfully submitted,

s/Michelle A. Alyea
Michelle A. Alyea
One of the Attorneys for Plaintiffs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312)739-4200

s/Justin M. Penn
Justin M. Penn
One of the Attorneys for Defendant

David M. Schultz
Jason L. Santos
Justin M. Penn
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3527
Fax: (312)704-3001

1

## **CERTIFICATE OF SERVICE**

I, Michelle A. Alyea, hereby certify that on July 28, 2016, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to each of the following parties:

David M Schultz (dschultz@hinshawlaw.com)
Jason L Santos (jsantos@hinshawlaw.com)
Justin Penn (jpenn@hinshawlaw.com)

s/Michelle A. Alyea
Michelle A. Alyea


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
20 S. Clark Street
Suite 1500
Chicago, Illinois 60603
(312)739-4200