UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Matthew Kaufrinder, et al.
                              Plaintiff,

v.                                              Case No.: 1:16−cv−02622
                                                Honorable Elaine E. Bucklo

Anselmo Lindberg Oliver LLC
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, October 21, 2016:


    MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 10/21/2016 and continued to 4/17/2017 at 9:30 a.m. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.