**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MATTHEW KAUFRINDER and CONNIE )
KAUFRINDER, by her son and next friend, )
MATTHEW KAUFRINDER, )
on behalf of plaintiffs and a class, )
                                     )
              Plaintiff, )
                                     )      Case no. 16-cv-2622
       vs. )
                                       )      Judge Bucklo
ANSELMO LINDBERG OLIVER LLC, )      Magistrate Judge Schenkier
                                       )
                                       )
           Defendants. )

## <u>NOTICE OF DISMISSAL</u>

Plaintiffs, by and through their attorneys, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(i),

hereby dismiss their individual claims against Defendant with prejudice and class claims without

prejudice, and with each party bearing its own costs. This notice of dismissal disposes of the entire

action.

Respectfully submitted,

s/ Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Michelle A. Alyea, hereby certify that on February 27, 2017, the foregoing document was filed via the Court's CM/ECF system, which caused a true and accurate copy of such filing to be served via email upon all counsel of record.


s/Michelle A. Alyea
Michelle A. Alyea